# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bybee, Jay S. | U.S. Court of Appeals, 9th Cir | 04/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Lloyd D George U.S. Courthouse
333 Las Vegas Blvd. S., #7080
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | VALIC, academic retirement program |
| 2. 1999 | Contract with Greenwood Press as co-author for book (published 2006) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 04/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Clark County School District-salaried, full-time employee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UCLA School of Law | 3/7/2013-3/8/2013 | Los Angeles, California | Judge--Moot Court Competition | transportation, lodging, meals, parking |
| 2. | J. Reuben Clark Law School, Brigham Young University | 10/7/2013-10/8/2013 | Provo, Utah | Panel Moderator-- Symposium | transportation, lodging, meals |
| 3. | Villanova University School of Law | 10/11/2013-10/12/2013 | Villanova, Pennsylvania | Judge--Moot Court Competition | transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Henderson, NV (Part VII, line 33) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Campus Federal Credit Union | A | Interest | J | T | | | | | |
| 3. American Funds MMA | A | Interest | K | T | | | | | |
| 4. Southern California Edison Common Stock | | None | J | T | | | | | |
| 5. Fidelity Destiny IRA | | None | K | T | | | | | |
| 6. Washington Mutual IRA | | None | J | T | | | | | |
| 7. Acacia Life Insurance (whole life) | | None | J | T | | | | | |
| 8. American General Insurance | | None | J | T | | | | | |
| 9. VALIC (retirement) | | None | N | T | | | | | See note in Part VIII. |
| 10. --Mid Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 11. --Mid Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 12. --Small Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 13. --International Equities Fund | | | | | | | | | See note in Part VIII. |
| 14. --Stock Index | | | | | | | | | See note in Part VIII. |
| 15. --Foreign Value Fund | | | | | | | | | See note in Part VIII. |
| 16. --Socially Responsible Fund | | | | | | | | | See note in Part VIII. |
| 17. --Fixed Account Plus | | | | | | | | | See note in Part VIII. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Windsor II | | | | | | | | | See note in Part VIII. |
| 19. --Blue Chip Growth | | | | | | | | | See note in Part VIII. |
| 20. --Global Real Estate Fund | | | | | | | | | See note in Part VIII. |
| 21. --Large Cap Core | | | | | | | | | See note in Part VIII. |
| 22. --Small Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 23. --Emerging Economies | | | | | | | | | See note in Part VIII. |
| 24. --Invesco Balanced Risk Commodities | | | | | | | | | See note in Part VIII. |
| 25. --Dividend Value | | | | | | | | | See note in Part VIII. |
| 26. --International Opportunities | | | | | | | | | See note in Part VIII. |
| 27. --Core Bond Fund | | | | | | | | | See note in Part VIII. |
| 28. --High Yield Bond Fund | | | | | | | | | See note in Part VIII. |
| 29. --Inflation Protected Fund | | | | | | | | | See note in Part VIII. |
| 30. --Short Term Fixed | | | | | | | | | See note in Part VIII. |
| 31. --Dividend Value | | | | | | | | | See note in Part VIII. |
| 32. --Money Market II | | | | | | | | | See note in Part VIII. |
| 33. Buena Lanes (passive partnership) | A | Distribution | J | W | | | | | |
| 34. Virginia Educational Savings Trust | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bybee, Jay S. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount | (2) Type (e.g., | (1) Value | (2) Value | (1) Type (e.g., | (2) Date | (3) Value | (4) Gain | (5) Identity of |
| | | | | | | | | | |
| 33. Rental Company, Retirement N | A | Rent | M | | W | | | | |

1. Income Gain Codes:       A = $1,000 or less       B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000       E = $15,001 - $50,000
(See Columns B1 and D4)       F = $50,001 - $100,000       G = $100,001 - $1,000,000       H1 = $1,000,001 - $5,000,000       H2 = More than $5,000,000
(See Columns C1 and D3)       J = $15,000 or less       K = $15,001 - $50,000       L = $50,001 - $100,000       M = $100,001 - $250,000       N = $250,001 - $500,000
(See Columns C1 and D3)       O = $500,001 - $1,000,000       P1 = $1,000,001 - $5,000,000       P2 = $5,000,001 - $25,000,000
(See Column C2)       U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Byber, Jay S. | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

Part VII

The reportable assets of Trust #1 are listed separately in Part VII.

Part VII

The XYZ account and the IRA are in a VMLIG rollover. I also have a different account, an IRA, and a defined contribution.

Lines 10-33 are qualified pension plans within my VMLIG account (line 9). The qualified plans (lines 10-33) are added or removed by VMLIG through a managed account. I have no control over the decisions to add or remove qualified plans; all such decisions are made by the account manager.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jay S. Bybee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544